■ In the Matter of the Arbitration between K. W. CONSTRUCTION CORP., Appellant, and MARA CONSTRUCTION CORP., Respondent.—Order and judgment, Supreme Court, New York County, entered on May 30, 1975, denying petitioner's application to stay arbitration and dismissing the petition, unanimously affirmed, with $40 costs and disbursements to respondent. The fact that UPACA may be entitled to participate in any overrun pursuant to the terms of its contract with petitioner, does not constitute a legal basis for staying arbitration sought pursuant to the terms of the subcontract between petitioner and respondent (CPLR 7503, subd [b]). We

have examined the other points urged by petitioner and find that they lack merit and do not constitute a bar to the arbitration sought. Concur—Markewich, J. P., Tilzer, Capozzoli, Lane and Nunez, JJ.